UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES H. MCCLENTON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-11-403 |
| | § | |
| TDCJ, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING
### MEMORANDUM AND RECOMMENDATION TO DISMISS

On February 22, 2012, United States Magistrate Judge Brian L. Owsley issued his "Memorandum and Recommendations to Dismiss" (D.E. 8). The Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 8), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge.  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

      ORDERED this 14th day of March, 2012.

                                                     _____
                                                     NELVA GONZALES RAMOS
                                                     UNITED STATES DISTRICT JUDGE